FILED

01/14/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0610

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 24-0610

360 RECLAIM, LLC, a Montana
limited liability company,

       Plaintiff/Appellant,

    v.

WILLIAM M. RUSSELL, an
individual, and MOUNTAIN VIEW
INVESTMENTS, L.C., an Idaho
limited liability company,

       Defendants/Appellees,

WILLIAM M. RUSSELL,

       Plaintiff/Appellee,

    v.

360 RECLAIM, LLC, a Montana
limited liability company,

       Defendant, Counter-
       Plaintiff and Third-Party
       Plaintiff/Appellants,

    v.

WILLIAM M. RUSSELL,

       Counter-Defendant/
       Appellee, and

U.S. TREASURY by and through the
INTERNAL REVENUE SERVICE,

       Third-Party Defendants
       and Appellees.

ORDER GRANTING EXTENSION
OF TIME

Pursuant to authority granted under Montana Rule of Appellate Procedure 26(1), Appellee Mountain View Investments, L.C. is given a 30-day extension of time (until February 17, 2025), to prepare, file and serve their Answer Brief.

Dated this _____ day of _____, 2025.

_____

c:    Nicholas J. Lofing
Kristin L. Omvig/Benjamin J. Hammer

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 14 2025